

**UNSEALED PER ORDER OF COURT**

FILED
SEP 1 1 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| THE EXTRADITION OF ) | Misc. No. **18MJ4867** |
| ) | |
| ALEX DION A/K/A ) | |
| AHMAD ARNAOUT ) | |

COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to Australia.

2. There is an extradition treaty in force entitled Treaty on Extradition Between the United States of America and Australia, U.S.-Austl., May 14, 1974, 27 U.S.T 957, as supplemented and amended by the Protocol Amending the Treaty on Extradition Between the United States of America and Australia, signed at Seoul on September 4, 1990, entered into force on December 21, 1992 (the "Treaty").

3. The Treaty provides in Article VIII for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. In accordance with Article VIII of the Treaty, the Government of Australia has asked the United States for the provisional arrest of Alex Dion a/k/a Ahmad Arnaout ("Dion") with a view toward his extradition.

5. According to the information the Government of Australia has provided, Dion was

charged with one count of murder, contrary to section 18(1)(a) of the *Crimes Act 1900* (NSW).

6.     These offenses were committed within the jurisdiction of Australia. On July 16, 2018, the Parramatta Local Court issued an arrest warrant for Dion's arrest on the basis of the following facts:

### Wachira Phetmang's Murder

7.     Wachira Phetmang (Phetmang) was a 33-year old Thai national who resided in Hurtsville, NSW, Australia with his partner K.M. Australian immigration records establish that Phetmang first came to Australia in 2000 and that he was a legal permanent resident of the country at the time of his death. The NSW Police investigation found that Phetmang owned two mobile phones: (1) a Samsung Galaxy S8 with an IMEI number ending in -0040 and a phone number ending in -9594; and (2) an Apple iPhone X with an IMEI number ending in -9143 and a phone number ending in -9880.

8.     On Wednesday, June 6, 2018,[1] a truck driver discovered Phetmang's body by the side of Homebush Bay Drive, a freeway near Sydney's Olympic Park. Phetmang's body was wrapped in black plastic "corflute sheeting" which was tied with a white rope. Corflute sheeting is commonly used by tilers and other tradespersons to protect floor tiles from damage. Phetmang's wrists and ankles were bound with strips of a torn t-shirt, and more of the same t-shirt material was stuffed into his mouth. No mobile phones, wallet, or shoes were found on Phetmang's body, however a single black size 12 men's Dewalt work boot was found under the corflute sheeting.

9.     An autopsy determined that Phetmang had suffered more than 20 wounds to his head and multiple skull fractures. In addition, his nose and one of his thumbs were fractured. The preliminary cause of death given by the examining pathologist was "head injuries." The forensic

---

[1] All dates and times in this affidavit are in the relevant local time.

pathologist also concluded that Phetmang's body may have been by the side of the road for a number of days prior to its discovery on June 6.

### Phetmang's Last Known Movements – May 25, 2018

10. The NSW Police investigation determined that prior to his death, Phetmang frequently purchased, used, and sold small quantities of methamphetamine. Phetmang left his Hurtsville, New South Wales residence at approximately 12:30 pm on Friday May 25, 2018 after saying that he was going to pick up a half of gram of methamphetamine that had been left out of a quantity that he had sold to an associate – F.G. – the previous day near Mr. B's Hotel in Sydney. Beginning at approximately 9:50 am on May 25, 2018, Phetmang was in mobile phone contact with Dion and they met at approximately 7:00 pm that evening.

11. At about 7:30 pm on May 25, 2018, Phetmang and Dion travelled in Dion's 2004 Hyundai Terracan to a 7-Eleven convenience store in South Hurtsville. Security footage obtained by the NSW Police Force shows Dion made three attempts to use the store's ATM. In the footage, Dion is wearing a blue t-shirt with a distinctive white design on it. This t-shirt matches the t-shirt that was used to bind the wrists of Phetmang's body.

12. At approximately 7:38 pm, Phetmang and Dion left the 7-Eleven in Dion's Hyundai. According to records received by NSW Police from Phetmang's Google account, at that time he begin a 33-minute trip from the 7-Eleven to a location approximately 100 meters from Dion's apartment at 15/473 Burwood Road, Belmore, NSW (hereinafter the "Belmore Unit").

13. At approximately 11:02 pm on May 25, 2018, P.L, an associate of Phetmang's received a call from Phetmang's phone, but P.L. could not hear anyone speaking. According to P.L., around the same time, he received a text from Phetmang's Samsung phone which read, "[C]an I call you back later." When interviewed, P.L. noted that the use of English in this message – rather than his and Phetmang's native Thai – was unusual. Cell phone tower records establish that at the time this text was sent, Phetmang's phone was in the Kingsgrove area.

14. At approximately 11:05 pm on May 25, 2018, Dion's roommate and employer A.E. received a number of text messages from Phetmang's phone offering to sell A.E methamphetamine and stating that Phetmang was in the Kingsgrove area. In an interview, A.E. stated that he did not see these messages as he was asleep at the time they were received.

15. Based on witness interviews conducted by NSW Police and phone records, all calls and messages to Phetmang from family and associates after May 25, 2018 appear to have gone unanswered.

### Dion's Movements and Flight from Australia - May 27, 2018

16. About 5:53am on Sunday, May 27, 2018, Dion's mobile telephone connected to a cell tower at Sydney Olympic Park. At approximately 6:24 am on Sunday, May 27, 2018, Dion's mobile telephone activated cell towers in the East Killara area of Sydney. Consistent with this, a vehicle matching Dion's was seen on surveillance footage on Savoy Avenue, a street in East Killara.

17. According to information received as part of the NSW Police investigation, the following day a construction worker located clothing and items in garbage bags inside a water retention tank located below a garage at a property under construction on Redfield Road in the same East Killara area. Dion and A.E. had previously worked at this property as tilers. NSW Police obtained the property that was discovered in the water tank and elsewhere on the Redfield Road property, which included:

        a. shoes, a cap, a jacket, and glasses that appear identical to those worn by Phetmang in the May 25, 2018 7-Eleven surveillance footage;

        b. work trousers similar in appearance to those worn by Dion in the May 25, 2018 7-Eleven surveillance footage;

        c. black colored material similar to that located around Phetmang's ankles;

        d. two tire irons and a metal bar;

    e. documents bearing the name of Dion's ex-wife.

18. At approximately 12:28 pm on May 27, 2018, Dion dialed "000" – the Australian equivalent of 911 – using his mobile telephone. Dion told the operator that he was a United States citizen in Sydney visiting a friend. Dion identified himself by name and stated that his friend was a drug user who he was attempting to get help, but that a "drug dealer" had found this out and telephoned Dion to threaten him. The operator tried to convince Dion to meet police to discuss the matter, but Dion hung up and could not be contacted again. Cell phone tower records show that Dion's phone was in the East Killara area when he made this call.

19. The investigation has established that after making this call, Dion left the East Killara area and returned to the Belmore Unit where Dion used a high-pressure washer and cleaning products from his apartment to wash the interior of his vehicle in a car wash bay housed in the underground parking lot of the Belmore Unit. Consistent with this conclusion, A.E. reported that the following day, Monday, May 28, 2018, he discovered that many of Dion's possessions were missing from their apartment. A.E. also discovered Dion's vehicle in the parking garage. According to A.E., the vehicle was not in its assigned parking space, had been left unlocked with the windows down, and the interior saturated with water.

20. At approximately 6:00 pm on May 27, 2018, Dion travelled from the Belmore Unit to Sydney International Airport via Uber. At approximately 9:00 pm, Dion departed Sydney on a Hawaiian Airlines flight 452 to Honolulu.

21. On June 19, 2018, NSW Police executed a search warrant on the Belmore Unit. As part of the execution of this warrant, they conducted a forensic examination of the apartment, the car wash bay in the apartment complex's garage, and both Dion and A.E.'s vehicles.

 In the course of the search, NSW Police seized, amongst other items:

      a.      A black Dewalt work boot matching the boot that was found under Phetmang's body. According to A.E., these boots belonged to Dion, who had stolen them some weeks prior;

      b.      sheets of black corflute plastic identical to those that were wrapped around Phetmang's body. These sheets were located both in the car wash bay and inside Dion's vehicle; and

      c.      cigarette butts, gloves, medications bearing Dion's name, and other items that A.E. stated belonged to Dion;

22. DNA testing conducted by NSW Police found DNA traces, amongst other items, belonging to an unknown individual on:

      a.      On the material gag located in Phetmang's mouth one of the rope bindings tied around the black Corflute plastic surrounding Phetmang's body;

      b.      the knotted blue and white T-shirt that was tied around Phetmang's wrists; and

      c.      the wall of the car wash area in the underground garage of the Belmore Unit.

23. The DNA pulled from these items matches the DNA located on the cigarette butts, which A.E. said belonged to Dion. The analysis also specifically excluded A.E. and F.G/ as being the source of this DNA. Based on these facts, the NSW Police believe that the DNA belongs to Dion, whose DNA profile is not recorded in Australian databases.

### Dion's Possession and Use of Phetmang's Property

24. NSW Police believe, based on their investigation, that at the time he departed Sydney on May 27, 2018, Dion had in his possession Phetmang's mobile telephone as well as at least three of Phetmang's credit cards. At approximately 8:20 pm on May 27, 2018, A.E. received text

messages from Phetmang's mobile phone that purported to offer methamphetamine for sale in the Hurtsville area. Based on those text messages, A.E. went to Hurtsville to meet Phetmang, but Phetmang did not arrive, and his phone was shut off when A.E. attempted to reach him. Cell tower records show that the at the time these messages were sent, Phetmang's phones were in the area of the Sydney airport and that after they were sent Phetmang's mobile phones left Australia at approximately the same time that Dion did and subsequently connected to cell phone towers in the United States.

25. Bank records reviewed by the NSW Police show that multiple unsuccessful attempts were made to use one of Phetmang's credit cards in the United States and Tijuana between June 11, 2018 and June 19, 2018 .A second card, one issued by St. George Bank ending in -7398, was successfully used on several occasions in California and Tijuana between June 10 and June 20, 2018. Later that same day, at approximately 8:19 pm, Phetmang's card was used for an AUD $19.92 purchase at North Park Produce in Poway, California. Surveillance video obtained by the San Diego County Sherriff's office shows that Dion made this purchase.

### Dion's Calls to NSW Police Regarding Phetmang's Murder

26. On June 20, 2018, NSW Police issued a press release requesting information relating to Phetmang's movements and any sightings of Dion's vehicle around the time of the murder. On the same day, Dion called the NSW Police from the United States and made a number of statements, including inconsistent statements, regarding the events discussed above. Dion has also exchanged emails and had multiple telephone conversations with NSW Police and has told them that he was in possession of some of Phetmang's property, including a mobile phone and bank cards.

## Conclusion

27. The offense with which Dion is charged is provided for in Article II of the Treaty.

28. Dion may be found within the jurisdiction of this Court and resides at 12345 Old Pomerado Road #20, Poway, California, but is currently incarcerated with pending charges being prosecuted by the San Diego City Attorney.

29. The Government of Australia has represented that it will submit a formal request for extradition supported by the documents the Treaty specifies, within the time the Treaty requires.

30. Dion would be likely to flee if he learned of the existence of a warrant for his arrest.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the Treaty, and that this complaint and the warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

BENJAMIN J. KATZ
Assistant United States Attorney

Sworn to before me and subscribed in my presence this 11 day of September, 2018, at 9:50 AM.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge